UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **THE HAWTHORNE GARDENING COMPANY** and **THE HAWTHORNE COLLECTIVE, INC.**<br><br>**Plaintiffs**,<br><br>vs.<br><br>**JW ASSET MANAGEMENT, LLC, TERRASCEND CORP.**, and **JASON G. WILD**<br><br>**Defendants** | NOTICE OF<br>VOLUNTARY DISMISSAL<br><br>Civil Action No. 1:23-cv-00979 |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs, The Hawthorne Gardening Company and the Hawthorne Collective, Inc. and its counsel, Safirstein Law LLC, hereby give notice that the above-captioned action is hereby voluntarily dismissed, with prejudice as against all parties. The parties will each bear their own attorney's fees, costs, and expenses.

Dated: February 24, 2023

*/s/ Peter Safirstein*
Peter Safirstein
SAFIRSTEIN LAW LLC
45 N. Broad Street
Suite 100
Ridgewood, NJ 07450
917-952-9458
Email: psafirstein@safirsteinlaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on February 24, 2023, a true and accurate copy of the foregoing was filed using the CM/ECF system and was additionally served on all Defendants through their counsel via email.

Dated: February 24, 2023

/s/ *Peter Safirstein*
Peter Safirstein
SAFIRSTEIN LAW LLC
45 N. Broad Street
Suite 100
Ridgewood, NJ 07450
917-952-9458
Email: psafirstein@safirsteinlaw.com

*Counsel for Plaintiffs*